UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOTEL 57 L.L.C., <br><br>                                                   Plaintiff, <br> -v- <br><br> INTEGRAL CONTRACTING INC., <br><br>                                                   Defendant. | 22 cv 2554 (PAE) <br><br> <u>ORDER</u> |
| INTEGRAL CONTRACTING INC., <br><br>                                           Counter Claimant, <br> -v- <br><br> HOTEL 57 L.L.C., <br><br>                                           Counter Defendant. | |
| INTEGRAL CONTRACTING INC., <br><br>                                           Third-Party Plaintiff, <br> -v- <br><br> PARAMOUNT PAINTING GROUP, LLC, et al., <br><br>                                           Third-Party Defendants. | |

PARAMOUNT PAINTING GROUP, LLC,

                                Cross Claimant,

            -v-

JOLIE PAPIER LTD.,

                                Cross Defendant.

PAUL A. ENGELMAYER, District Judge:

Due to a conflict, the Court respectfully reschedules the initial pretrial conference in this case originally scheduled for Tuesday, August 16 at 2 p.m. to Tuesday, August 16 at 9 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound(#) key.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: August 9, 2022
       New York, New York