200 I.U. WILLETS ROAD
ALBERTSON, NY 11507
(516) 294-5433

634 PLANK ROAD, SUITE 203 A
CLIFTON PARK, NY 12065
(518) 387-3604

55 CHURCH STREET, SUITE 205
WHITE PLAINS, NY 10601
(914) 584-9934

**AHMUTY, DEMERS & MCMANUS**
ATTORNEYS AT LAW
199 WATER STREET, 16TH FLOOR
NEW YORK, NEW YORK 10038

1531 ROUTE 82
HOPEWELL JUNCTION, NY 12533
(845) 223-3470

20 WEST MAIN STREET, SUITE 205
RIVERHEAD, NY 11901
(516) 535-1844

> Third-party Defendant/Fourth-Party Plaintiff Paramount Painting Group LLC's request (ECF No. 66) to adjourn the settlement conference scheduled for February 8, 2023 is DENIED.
>
> The Clerk of Court is respectfully directed to close ECF No. 66.
>
> SO ORDERED    2/3/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

February 2, 2023

US District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

Hon. Magistrate Cave

Re: Hotel 57 LLC v Integral Contracting Inc. v. Paramount Painting Group, LLC
v Ohannes Gunusen ---Civ Action No. 22cv 02554

Honorable Judge Cave:

This office represents Paramount Painting Group LLC ("Paramount") the Third-party defendant/Fourth party plaintiff. Although we will be submitting a settlement statement, we respectfully request that the settlement conference scheduled for February 8, 2023, be adjourned for a few weeks. All parties have objected to this adjournment.

Axis Insurance Company unexpectedly informed me yesterday, that it has decided to disclaim coverage to Paramount, and that a letter to that effect will be forthcoming. At present, we have no available insurance funds to offer towards settlement. My client has been blindsided by this development, and presently has personal counsel working on a resolution with the carrier without the necessity of a court proceeding.

We feel it will be more productive to go forward with the settlement conference after my client has had a reasonable opportunity to resolve this matter with its insurance carrier.

We have no intention of delaying and have not delayed discovery over a date for a settlement conference. Indeed, dates have been agreed to as to Gunusen, Mr. Leodis of Paramount and a witness from Integral. Dates for Ty Warner, a non-party witness, Mr. Vidal, subpoenaed by Paramount and others have yet to be agreed upon.

Very Truly Yours

*DEBORAH DEL SORDO*