UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOTEL 57 L.L.C., <br><br> Plaintiff, <br><br> -v.- <br><br> INTEGRAL CONTRACTING INC., <br><br> Defendant. | 22 Civ. 2554 (JHR) <br><br> ORDER |
| INTEGRAL COUNTRACTING INC., <br><br> Counter-Plaintiff, <br><br> -v.- <br><br> HOTEL 57 L.L.C., <br><br> Counter-Defendant. | |
| INTEGRAL CONTRACTING INC., <br><br> Third-Party Plaintiff, <br><br> -v.- <br><br> PARAMOUNT PAINTING GROUP, LLC and JOLIE PAPIER LTD, <br><br> Third-Party Defendants. | |
| PARAMOUNT PAINTING GROUP, LLC, <br><br> Fourth-Party Plaintiff, <br><br> -v.- <br><br> OHANNES GNUSEN, <br><br> Fourth-Party Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/13/2023

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on February 16, 2023 at 11:30 AM.  The parties will receive log-in credentials

via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 253 364 843#.  Third-Party Defendant/Fourth-Party Plaintiff Paramount Painting Group, LLC is directed to promptly serve a copy of this order on Fourth-Party Defendant Ohannes Gunusen, and to ensure Mr. Gunusens appearance at the conference.

    SO ORDERED.

Dated: February 13, 2023
       New York, New York

                                           JENNIFER H. REARDEN
                                           United States District Judge