

> The parties' request at ECF No. 104 is GRANTED, and the settlement conference scheduled for November 16, 2023 is CANCELLED. The parties may request to reschedule the settlement conference at any time.
>
> The Clerk of Court is respectfully directed to close ECF No. 104.
>
> SO ORDERED     11/6/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA CM/ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007
Cave_NYSDChambers@nysd.uscourts.gov

> Re: **Hotel 57 L.L.C. v. Integral Contracting Inc., Case No. 22-cv-2554**
> **Joint Letter-Motion for Adjournment *Sine Die* of Settlement Conference**

Dear Judge Cave:

A settlement conference is presently set in this matter for November 16, 2023 at 10:00 a.m. (Dkt. No. 101.) In accordance with the Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave, all parties – Hotel 57 L.L.C. ("Hotel 57"), Integral Contracting Inc. ("Integral"), Paramount Painting Group, LLC ("Paramount")[1] – hereby jointly request that the Court adjourn the settlement conference sine die and strike all associated deadlines.

The parties' request is based primarily on three recent developments. *First,* at the time that the settlement conference was scheduled, the parties anticipated a large number of complex expert and summary judgment motions. However, after meet and confer conferences during the past two weeks, it now appears that the forthcoming motions will be substantially narrower than previously expected. The reduced scope of the motions will impact both the cost to prepare the motions and

---

[1] Although Ohannes Gunusen was a party at the time that the Court set the November 16th Settlement Conference, he has since been dismissed by Judge Rearden's Memorandum Opinion and Order dated October 2, 2023. (Dkt. No. 102.) The only other party named in a pleading in this action, Jolie Papier Ltd., has not appeared.