UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL 57 L.L.C.,

                Plaintiff,

-v-

INTEGRAL CONTRACTING INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 2554 (PAE) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    A telephone conference with <u>counsel</u> <u>only</u> is scheduled for **Wednesday, December 4, 2024 at 4:30 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 361011420#, at the scheduled time.

Dated:    New York, New York
             November 18, 2024

SO ORDERED.

_[signature]_
SARAH L. CAVE
United States Magistrate Judge